IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

TWAIN RUSHING,

       Appellant,

v.

STATE OF FLORIDA,

       Appellee.

Case No.  5D22-2161
LT Case No. 2019-CF-2023

_____/

Decision filed January 31, 2023

3.850 Appeal from the Circuit Court
for Marion County,
Lisa D. Herndon, Judge.

James W. Smith, III, Windermere,
for Appellant.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


EVANDER, WALLIS and EDWARDS, JJ., concur.